IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-1106 |
| | ) | |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| NATIONAL TRUST INSURANCE COMPANY, | ) | JURY DEMAND |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

COMES Plaintiff GENERAL ELECTRIC COMPANY ("GE") and, pursuant to Local Rule 83.13(a), advises the Court that the parties have reached a settlement of this matter. A dispositive pleading will be filed shortly.

Dated this 23rd day of May, 2014.

          Respectfully Submitted,

          LEWIS, THOMASON,
          KING, KRIEG & WALDROP, P.C.

          By:/s/ Ryan N. Clark
          J. Randolph Bibb, Jr., B.P.R. No. 09350
          Ryan N. Clark, B.P.R. No. 29105
          424 Church Street, Suite 2500
          Post Office Box 198615
          Nashville, Tennessee 37219
          (615) 259-1366 (telephone)
          (615) 259-1389 (facsimile)
          rbibb@lewisthomason.com
          rclark@lewisthomason.com

          *Attorneys for Plaintiff*
          *General Electric Company*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the Notice of Settlement has been served upon the counsel for parties in interest herein by operation of the Court's electronic case filing system:

Michael R. Hill, Esq.
Pamela G. Vawter, Esq.
Lacee North Hudspeth, Esq.
FLIPPIN, COLLINS & HILL, P.L.L.C.
1066 South Main
Post Office Box 679
Milan, Tennessee 38358
mh_fch@bellsouth.net
pv_fch@bellsouth.net
lh_fch@bellsouth.net

*Counsel for Defendant*

Dated this 23rd day of May, 2014.

/s/ Ryan N. Clark
Ryan N. Clark