IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-1106 |
| | ) | |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| NATIONAL TRUST INSURANCE COMPANY, | ) ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER OF VOLUNTARY DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal, ECF Doc. No. 39. On review of that Stipulation, IT IS ORDERED that Plaintiff's claims be, and they hereby are, DISMISSED WITH PREJUDICE. No discretionary costs or attorney fees are assessed.

Dated this 3rd day of February, 2015.

s/ Edward G. Bryant
EDWARD G. BRYANT
UNITED STATES MAGISTRATE JUDGE

1